Air Crash at Greater Cincinnati Airport (Constance, Kentucky), on November 8, 1965 and November 21, 1967   # 8   8

**CIVIL DOCKET**

**UNITED STATES DISTRICT COURT**   **Jury demand date:**

*April 30, 1973*

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| (8B)  (5A)  Defendant – TWA and American Airlines | For plaintiff Defendant:  Hogan, Taylor, Denzer & Bennett |

SPECIAL NOTE:   October 21, 1968
Panel Opinion of/November 8xx1965 cited
at 295 F. Supp. 51 (1968)  (5A)

October 21, 1968 Opinion and Order in
JP-8B cited at 298 F.Supp. 353 (1968)

January 10, 1969 Opinion and Order in
JP-8B cited at 298 F.Supp. 355 (1969)

For defendant:

January 29, 1969 Opinion and Order in
JP-8B cited at 298 F.Supp. 358 (1969)

*Feb 6, 1973, O+O*
*JP-8B, 354 F. Supp. 275 (1973)*

*Note from Clerks
office in E Ky
re JP-8B
"No Cases pending
in E Ky"*

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 7/17/68 | Order to Show Cause signed by Judge Murrah (7/17/68) and sent to all parties by Clerk. | |
| 8/1/68 | Responses to Interrogatories filed on behalf of Defendant, TWA. Notice of Hearing of Objections to Interrogatories filed on behalf of TWA. | |
| 8/8/68 | Brief filed on behalf of defendants in support of objections to interrogatories. | |
| 8/8/68 | Memorandum in Opposition to Order to Show Cause filed on behalf of TWA. | |
| 8/8/68 | Affidavit submitted on behalf of TWA by Daniel J. O'Neill. | |
| 9/5/68 | Order Vacating Portion of Show Cause Order Concerning Walsh v. American Airlines (signed by Judge Murrah) copies sent to Clerk, District Court for D.C., and to counsel for Walsh. | |
| 10/21/68 | Filed consent of transferee court signed by Judge Mac Swinford on October 3, 1968 of the Eastern District of Kentucky -- Docket No. 8A - crash of November 8, 1965 at Constance, Kentucky | |
| 10/21/68 | Filed consent to transferee court signed by Chief Judge Mac Swinford on Oct. 3, 1968 of the Eastern District of Kentucky -- Docket No. 8B - crash of November 20, 1967 at Constance, Kentucky | |
| 10/21/68 | Filed opinion and order of Judicial Panel (by Judge Murrah) in crash at Constance Kentucky on November 8, 1965 (Docket No. 8A) and November 20, 1967 (Docket No. 8B) | |
| 11/13/68 | Filed order making correction in Schedule A of order of 10/21 in Docket No. 8A. | |
| 11/18/68 | Filed Order to Show Cause in Tag-along cases (Schedule B) | |
| 11/29/68 | Filed consent to transfer of defendant U.S.A. (#8B). | |
| 12/12/68 | Entered order to show cause (Schedule C) in No. 8B. | |
| 12/17/68 | Filed joint consent to transfer filed by all parties in B-1, B-2, and B-3 | |
| 12/18/68 | Filed stipulation of plaintiff and defendant in Civil Action No. 6883 in Southern District of Ohio waiving right to hearing with reference to this case. | |
| 12/18/68 | Filed stip. of pltf. & def. in No. 6908 in S.D.Ohio waiving right to hearing. | |
| 12/19/69 | Filed response of United States to show cause order. | |
| 12/30/68 | Filed order to show cause (Schedule D) | |
| 1/2/69 | Filed order amending Dec. 30 show cause order to include Case No. 49738, Richard W. Rutherford v. Trans World Airlines, Inc., et al. | |

(CONTINUED NEXT PAGE)

1/10/69    Filed opinion and order in Schedules B, C & D transferring to the
           Eastern District of Kentucky and assigned to Judge Swinford.

1/10/69 **8** Filed telegram/response of Kollsman Instrument Corp., stating no
           opposition to proposed transfer.

1/13/69 **9** Filed response of defendant United States stating no ppposition of
           show cause order.

1/13/69    Filed show cause order (Schedule E).

1/15/69    Filed remand order in case of Charlotte Eileen Lutes a/k/a Charlotte
           Eileen Horwatt, etc. v. Trans World Airlines, Inc., Civil Action
           No. 68-1205, Pa., W.

1/24/69 **10** Filed letter/response of U. S. Government giving no objection to
           transfer (show cause order.)

1/24/69    Filed order of Panel remanding section of opinion and order dated
           Jan. 10, 1969 relating to Civil Action No. 68 C 2033, John Anthony
           v. Trans World Airlines, Inc.; action dismissed December 23, 1968.

1/29/69    Filed OPINION of Panel transferring 5 additional cases to Judge
           Swinford in Eastern District of Kentucky (Schedule E)

● 2/4/69   Filed CONDITIONAL TRANSFER ORDER in four actions pending in the
           District of Massachusetts (No. 68-1035M; No. 68-1022; No. 68-1038;
           and No. 68-1008M) giving ten days for opposition before Panel transfer
           to Judge Swinford in Eastern Kentucky.

2/17/69    CONDITIONAL TRANSFER ORDER filed on 2/4/69 effective today.  Certified copy
           to clerks in transferor and transferee courts and to judges involved.

3/3/69 **11** Filed copy of Entry of Dismissal, Dist. of Connecticut, in Civil Action
           11-629, William H. Schneebeck v. Patricia A. O'Neill.

8/31/72 **12** Motion of plaintiffs' liaison counsel requesting panel to show cause
           regarding remand  w/cert. of sercvice

9/1/72 **13** Transferee Judge Swinford's Order regarding remand.

9/5/72 **14** Trans World Airlines, Inc.  affidavit of TWW regarding remand

9/5/72 **15** Central Trust Co. extr plaintiff (S.D. Ohio 6874, 6875 and 6876) motion
           to remand w/memorandum and sx certificate of service.

10/10/72   Government  Response to Order to Show Cause and Defendant U. S.
           Memo  in opposition to motion to REmand w/cert. of service

10/13/72   Central Trust Co. response to defendant U.S. memo in opposition to
           remand w/cert. of service

9/15/72             ORDER TO SHOW CAUSE why 38 actions should not be remanded to the
                            transferor courts.  Parties to & incl. 9/27/72
                            to respond to order.  Copies to all interested &
                            involved attorneys; transferor judges and trans-
                            teree judge.

9/20/72   16       PLAINTIFFS LIAISON COUNSEL request (ltr) that his previously-filved
                            motion be deemed response to SCO.  Requesting hearing.

9/26/72   17       PLAINTIFF CENTRAL TRUST CO., EXTR., Response to Order to Show Cause.

9/26/72   18       LIAISON COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORP. supporting remand
                            and requesting hearing.

9/28/72   19       PLAINTIFFS RUTH M. NESS, EXECUTRIX, Response to Show Cause Order

10/10/72  20       GOVERNMENT response to SCO and def. U.S. memo in opposition to
                            motion to remand w/cert. of service.

10/13/72  21       CENTRAL TRUST CO. response to def. u.s. memo in opposition to remand
                            w/cert. of service.

10/16/72  22       CENTRAL TRUST CO.  supplement to response -- copy of Judge Swinford's
                            10/11/72 order denying U.S. motion for transfer
                            under 1404(a).

10/25/72           HEARING ORDER - Setting 38 cases for remand hearing, Wash. D.C.,
                            Nov. 29, 1972.  Notified involved judge.

11/1/72            CORRECTION ORDER -- Moreno v. TWA., E.D. Ky., No. 1975L
                            dismissed by Judge Swinford on 11/4/71 -- order
                            deleting from Schedule A of show cause order filed
                            9/15/72 and hearing order filed 10/25/72/

11/28/72  23       KOLLSMAN INSTRUMENT CORP. (D. L. Stepner) Letter response to
                            SCO

2/5/73             OPINION AND ORDER - Remanding 37 civil actions to the transferor
                            districts.  Notified transferee, transferor clerks
                            involved judges.

DOCKET   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8 -- AIR CRASH DISASTER AT GREATER CINCINNATI AIRPORT (CONSTANCE, KENTUCKY) ON NOVEMBER 8, 1965 AND NOVEMBER 20, 1967

| No. | 8-B CASES        Caption | Date of | District Court | Judge | D.C. No. |
|-----|--------------------------|---------|----------------|-------|----------|
| A-1 | Coy, et al v. TWA *1922 remanded 12/8/69* | | Calif., C. | | 67-1772-EC |
| A-2 | Kashkin v. TWA *1922* | | Calif., C. | | 67-1783-FW |
| A-3 | Bauman v. TWA *1931 closed* | | Calif., C. | | 68-208-CC |
| A-4 | Doherty, Exec. v. TWA *1922* | | Pa., W. | | 67-1511 |
| A-5 | Zahneis, Extrix. v. TWA *1922* | | Ohio, S. | | 6644 |
| A-6 | Schiller v. TWA *1930* | | Ohio, S. | -1/16/70 | 6645 |
| A-7 | Cook, Admr. v. TWA *1914 dis 1/16/70* | | Ohio, S. | -1/16/70 | 6804 |
| A-8 | Cook, Guardian v. TWA *1917 closed 4/30/9* | | Ohio, S. | -10/28/9 | 6805 |
| A-9 | Raed, Admr. v. TWA *1926* | | Ill., N. | | 68 C 110 |
| A-10 | Klette, Admr. v. TWA X *1925* | | Ky., W. | | 5892 |
| A-11 | Hawthorn, Admr. of Chas. Mullen Estate v. TWA *1341* | | Ky., E. | | 1341 |
| A-12 | Hawthorn, Admr. of John Mullen, Jr. Estate v. TWA *1342* | | Ky., E. | | 1342 |
| A-13 | Hawthorn, Admr. of Clara Mac Mullen Estate v. TWA *1343* | | Ky., E. | | 1343 |
| A-14 | Hawthorn, Admr. of John Mullen, Sr., Estate v. TWA *1344* | | Ky., E. | | 1344 |
| | **8-A CASES** | | | | |
| A-1 | Ketchel v. Boeing Co. *dismissed 12/14/70* | | Louisiana, E | | 16608 *1930* |
| A-2 | McDevitt v. American Airlines | | Pa., E. | | 40550 *1720L* |
| A-3 | Curran v. American Airlines | | Pa., W. | | 66-167 *1722L* |
| A-4 | Healy v. American Airlines | *11/9/* | Ohio, S. | -10/28/9 - | 6287 *L* |
| A-5 | Central Purst Co. v. American Airlines | | Ohio, S. | -10/28/9 - | 6295 *1900 L* |
| A-6 | Schneebeck (Admr. for Estate of William B. Morris, et al.) v. O'Neill and Teelin (Estates of pilot and co-pilot) | | Conn. | | 11629 *1988L* |
| A-7 | Ketchell v. U.S.A. *dis 1/4/71* | | Ky., E. | | 1308 |
| A-8 | *Barbasch v American* | | *Ky. E* | | 1440 |

*(margin, vertical text)* TRANSFERRED TO J. SWINFORD – KY. – E. – 10/21/68

REMANDED 2/5/73

X Dismissed as to plaintiff.

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8 -- AIR CRASH DISASTER AT GREATER CINCINNATI AIRPORT (CONSTANCE, KENTUCKY) ON NOVEMBER 8, 1965 AND NOVERM 20, 1967

(6×3)

| No. 8/5 | Caption | Date Filed | District Court | Judge | D.C. No. |
|---------|---------|------------|----------------|-------|----------|
| B-1 | Central Trust Co. v. TWA, etal. | 1/10/69 | Ohio, S. | | 6874 |
| B-2 | Central Trust Co. v. TWA, et al. | " | " | | 6875 |
| B-3 | Central Trust Co. v. TWA, et al. | " | " | | 6876 |
| B-4 | Irene E. Mulligan v. TWA | " | " | | 6883 |
| B-5 | Virginia Sandish v. TWA | " | Pa., W. | | 68-856 |
| B-4a | Jean B. Smith (Brown, Dec'd) v. Trans World Airlines, et al. | " | Ohio, S. | | 6908 |

REMANDED 2/5/73

**DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 8 -- MULTIDISTRICT CIVIL ACTION LITIGATION INVOLVING THE AIR CRASH
DISASTERS AT THE GREATER CINCINNATI AIRPORT (CONSTANCE, KENTUCKY)
ON NOVEMBER 8, 1965 AND NOVEMBER 20, 1967

| No. 8B | Caption | Date Filed (TRANSFER) | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| C-1 | Charlotte Eileen Lutes a/k/a Charlotte Eileen Horwatt (Fish, Dec'd) v. Trans World Airlines, Inc. 1/15/69 | | Pa., W. | | 68 Civ.1205 |
| C-2 | Mary Rita Murphy v. Trans World Air-Lines, Inc. et al 1/9 | 1/10/69 | " | | 68 Civ.1260 |
| C-3 | Mary Rita Murphy v. Trans World Airlines, Inc. et al 1/9 | " | " | | 68 Civ.1261 |
| C-4 | Goerge Brokaw v. Trans World Airlines Inc., et al | " | " | | 68 Civ.1303 |
| C-5 | Angelo A. Moreno, v. Trans World Air-lines, Inc. et al 1973 dismissed | " | " 11/4/71 | | 68 Civ.1318 |
| C-6 | James E. Simpson v. Trans World Air-lines, Inc., et al 1/9 1972 | " | " | | 68 Civ.1340 |
| C-7 | Virginia Sandish v. General Dynamics Corp., et al 1/8/69 X | " | " | | 68 Civ. 1230 |
| C-8 | Lena M. Claflin v. General Dynamics Corp., et al | " | Ohio, S. | | 6914 |
| C-9 | John Anthony v. Trans World Airlines Inc. dismissed - 12/23/68 | | Ill., N. | | 68C 2033 |
| C-10 | Mary Rita Murphy v. Standard Kollsman Industries, Inc., et al. | " | " | 1/17/69 | 68C 2211 |
| C-11 | James E. Simpson v. Standard Kollsman Industries, Inc., et al. | " | " | " | 68C 2231 |
| C-12 | George Brokaw v. Standard Kollsman Industries, Inc., et al | " | " | " | 68C 2209 |
| C-13 | Mary Rita Murphy v. Standard Kollsman Industries, Inc., et al. | " | " | " | 68C 2210 |
| C-14 | Dolores Monkelis (Hriczo) v. Standard Kollsman Industries, Inc., et al. | " | " | " | 68C 2250 |
| C-15 | Francis A. Hoblak v. Standard Kollsman Industries Inc., et al | " | " | " | 68C 2249 |

FOR REMANDE 3/5/73

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8 -- MULTIDISTRICT CIVIL ACTION LITIGATION INVOLVING THE AIR CRASH DISASTERS AT THE GREATER CINCINNATI AIRPORT (CONSTANCE, KENTUCKY) ON NOVEMBER 8, 1965 AND NOVEMBER 20, 1967

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| C-16 | Dolores Monkelis (Hriczo) v. Standard Hollsman Industries Inc., et al. | 1/10/69 | Ill., N. | 1/13/69 | 68C 2248 |
| C-17 | Virginia Sandish v. Standard Kollsman Industries Inc., et al. | " | " | | 68C 2212 |
| C-18 | William J. Bauman v. Trans World Airlines, Inc., et al. | " | Calif., C. | | 68-1877HP |
| C-19 | Joy Ann Sweet, et al. v. Trans World Airlines, Et al. | " | " | | 68-1897HP |
| C-20 | Ruth M. Ness v. Trans World Airlines Inc., et al. DISM W/PREJ. 4/30/73 IN CAL-C. | " | " | | 68-1903-HP |
| D-1 | Julius Kashkin v. Kollsman Instruments Corp. | " | Calif., N. | | 50334 |
| D-2 | Richard W. Rutherford (Crossman) v. Kollsman Insturments Corp. | " | " | | 50335 |
| D-3 | Richard W. Rutherford v. Trans World Airlines, Inc., et al. at 3/14/69 | " | " | | 49738 |
| C-1 | Case settled - remand order issued by Panel Jan. 15, 1969. → FOR REMANDED 2/5/73 | | | | |

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

### DESCRIPTION OF LITIGATION

DOCKET NO. 8 -- MULTIDISTRICT CIVIL ACTION LITIGATION INVOLVING THE AIR
CRASH DISASTERS AT THE GREATER CINCINNATI AIRPORT
(CONSTANCE, KENTUCKY) ON NOVEMBER 8, 1965 and
NOVEMBER 20, 1967

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|-----------|----------------|-------|----------|
| E-1 | Miller (Rhoades) v. Trans World Airlines, et al. | | Ky., E. | | 68-1398 |
| E-2 | Miller (Rhoades) v. United States, et al. | | " | | 68-1400 |
| E-3 | Monkelis (Hriczo) v. Trans World Airlines, et al. | 5/08/69 | Pa., W. | 4/14/71 | 68-1320 |
| E-4 | Monkelis (Hriczo) v. Trans World Airlines, et al. | 5/8/69 | " | 4/14/71 | 68-1321 |
| E-5 | Hoblak v. Trans World Airlines, et al. | | " | | 68-1322 |
| E-6 | Simpson v. Trans World Airlines, et al. | | " | | 68-1340 |
| E-7 | Rhodes v. Convair, et al. 1988 | | N.Y., S. | | 68-4561 |

FOR REMAND 2/5/73

8

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8 -- MULTIDISTRICT CIVIL ACTIONS LITIGATION INVOLVING THE AIR CRASH
DISASTERS AT THE GRATER CINCINNATI AIRPORT (CONSTANCE, EKNTUCKY)
ON OVEMBER 8, 1965 AND NOVERMBER 20, 1967

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| F-1 | Catherine Reed, etc. v. General Dynamics Corp., et al. | | Ill., N. | | 2445 |
| F-2 | John Anthony, etc. v. General Dynamics Corp., et al. | | " | | 2446 |
| F-3 | Caroline H. Moyers, etc. v. General Dynamics Corp., et al. | | ". | Remanded To State Court | 2447 |
| F-4 | Mary Cochran, etc. v. General Dynamics Corp., et al. | | ". | | 2448 |
| F-5 | Shiela O'Brien Swainbank v. General Dynamics Corp., et al. | | ". | | 2449 |
| F-6 | Thomas M. Kivett, etc. v. General Dynamics Corp., et al. | | " | | 2450 |
| F-7 | James Posthumus, etc. v. General Dynamics Corp., et al. | | " | | 2451 |
| F-8 | Robert L. Hart v. Trans-World Airlines Inc., et al. ~~dism~~ | 10/30/ | Ky., E. | Dela Mahnog | 897 |
| X-1 | J. Bruce Miller, v. The United States of America, et al. | | Ky:, E. | | 1400 |
| X-2 | J. Bruce Miller v. Trans World Airlines Inc., et al. ~~dism~~ | | " | | 1398 |
| X-3 | Robert L. Hart v. United States of America ~~dism~~ | | " | | 924 |
| X-4 | ~~Irene E. Darbasch v. American Airlines, Inc.~~ | | | | ~~1449~~ |
| X-5 | Angelo A. Moreno, Administrator v. Standard Kollsman Industries, Inc., (transferred by Judge Robson to Ky., E. by his order dtd. 1/28/69) | | Ill., N. | 1/28/69 | 69C 69 |

FOR REMANDED 2/5/73

8

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 8B -- MULUTIDISTRICT LITIGATION INVOLVING THE AIR CRASH DISASTER AT
THE GREATER CINCINNATI AIRPORT (CONSTANCE, KENTUCKY) ON NOVEMBER
20, 1967

| No. 8B | Caption | Date Filed / Transfer | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| G-1 | MARGARET L. Kofink v. TWA, INC. (C-26/68) | 2/17/69 | Mass. 1973 L | | 68-1035M |
| G-2 | William Duffy v. TWA, INC. | " | " 1977 L | | 68-1022 |
| G-3 | ESTHER A. Doran v. TWA, INC. dismissed 7/18/72 | " | " 1995 L | | 68-1038 |
| G-4 | JOSEPHINE Andrunas v. TWA, INC. | " | " 1996 R | | 68-1008M |
| G-5 XYZ-5 | Shella O'Brien Swainbank v. The United States of America on appeal NTN | | E.D. Ky. | | 1507 |
| G-6 XYZ-6 | J. Bruce Miller v. The United States of America on appeal NTN | | E.D. Ky. | | 1506 |
| G-7 XYZ-7 | Miller v. The United States of America on appeal NTN | | E.D. Ky. | | 1505 |
| G-8 XYZ-8 | Miller v. The United States of America on appeal NTN | | E.D. Ky. | | 1504 |
| 9 | William O. Bertlesman, etc. v. U.S.A. | dis. 12/14/70 | E.D. Ky. | | 1319 |
| 10 | William O. Bertlesman, etc. v. U.S.A. | dis. 12/14 | E.D. Ky. | | 1320 |
| 11 | William O. Bertlesman, etc. v. U.S.A. | dis. 12/14 | E.D. Ky. | | 1321 |

ENTIRE REMANDED 2/5/73

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8-8 -- Air Crash Disaster at Greater Cincinnati Airport (Constance, Kentucky) on November 20, 1967

PREPARED: 9/11/72 -- ONLY CASES INCLUDED ARE EITHER TO BE REMANDED OR ARE STILL PENDING IN TRANSFEREE DISTRICT FOR OTHER DISPOSITION.

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-2 | Seymour Ellison, Esquire<br>Belli, Ashe, Ellison, Choulos, Cone & Harper<br>The Belli Building<br>722 Montgomery Street<br>San Francisco, California  94111<br><br>Richard L. Hecht, Esquire<br>Irmas & Rutter<br>8447 Wilshire Boulevard<br>Beverly Hills, California 90211 | TRANS WORLD AIRLINES<br>Brill, Hunt, DeBuys & Burby<br>510 South Spring Street<br>Los Angeles, California  90013<br><br>CONVAIR DIVISION, GENERAL DYNAMICS<br>O'Melveny & Myers<br>611 West Sixth Str-et<br>Los Angeles, California  90017<br><br>William J. Junkerman, Esq.<br>Haight, Gardner, Poor & Havens<br>80 Broad Street<br>New York, New York  10004<br><br>KOLLSMAN INSTRUMENT CORPORATION<br>Kirtland & Packard<br>639 South Spring Street<br>Los Angeles, California  90014 |
| A-3 | Butler & Jefferson<br>530 West Sixth St., Suite 624<br>Los Angeles, California  90014 | TRANS WORLD AIRLINES<br>Same as A-2 above (Brill, Hunt, etc.) |
| A-4 | Stokes, Laurie & Tracy<br>2105 Law & Finance Building<br>Pittsburgh, Pennsylvania  15219 | TRANS WORLD AIRLINES<br>Wayman, Irvin, Trushel & McAuley<br>920 Frick Building<br>Pittsburgh, Pennsylvania  15219<br><br>GENERAL DYNAMICS CORPORATION<br>Thomson, Rhodes & Grigsby<br>1524 Frick Building<br>Pittsburgh, Pennsylvania |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-5 | James Q. Doran, Esquire<br>Cohen, Todd, Kite & Spiegel<br>34 Atlas Bank Building<br>Cincinnati, Ohio  45202 | TRANS WORLD AIRLINES<br>  Rendigs, Fry, Kiely & Dennis<br>  907 Central Trust Bank Tower<br>  Cincinnati, Ohio  45202<br><br>GENERAL DYNAMICS CORPORATION<br>  Richard H. Pennington, Esquire<br>  Brumleve, DeCamp & Wood<br>  308 Tri-State Building<br>  Cincinnati, Ohio  45202<br><br>  Same as A-2 above (Junkerman)<br><br>KOLLSMAN INSTRUMENT CORPORATION<br>  McIntosh & McIntosh   (Robt. C. McIntosh<br>  3706 Carew Tower<br>  Cincinnati, Ohio  45202 |
| A-6 | Same as A-5 above (Doran( | TRANS WORLD AIRLINES<br>GENERAL DYNAMICS CORPORATION<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-5 above |
| A-8 | John A. Wiethe, Esquire<br>Martin N. Kolstein, Esquire<br>607 Terrace Hilton Building<br>Cincinnati, Ohio | |
| A-9 | John J. Kennelly, Esquire<br>111 West Washington Street<br>Chicago, Illinois  60602 | TRANS WORLD AIRLINES<br>  Irving G. Swenson, Esquire<br>  Peterson, Lowery, Rall, Barber & Ross<br>  135 South LaSalle Street<br>  Chicago, Illinois  60603 |
| A-10 | Stanley E. Preiser, Esquire<br>Woodward, Hobson & Fulton<br>1805 Kentucky Home Life Building<br>Louisville, Kentycky  40202 | TRANS WORLD AIRLINES<br>  John L. Bennett, Esquire<br>  Hogan, Taylor, Denzer & Bennett<br>  231 South Fifth Street<br>  Louisville, Kentucky<br><br>  Daniel J. O'Neill, Esquire<br>  Chadbourne, Parke, Whiteside & Wolff<br>  25 Broadway<br>  New York, New York  10004<br><br>  John J. O'Hara, Esquire<br>  O'Hara, Ruberg & Cetrulo<br>  203 Scott Street<br>  Covington, Kentucky  41011<br><br>              (CONTINUED) |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8-B --  (CONTINUED)

PREPARED:  9/11/72  (CONTINUED)

| No. | Plaintiff | Defendant |
|---|---|---|
| A-10 Cont | | GENERAL DYNAMICS CORPORATION<br>  Same as A-5 (Pennington)<br>  Same as A-2 (Junkerman)<br><br>  J. C. Ware, Esquire<br>  Ware, Bryson, Nolam & West<br>  507 First National Bank Bldg.<br>  Covington, Kentucky  41011<br><br>KOLLSMAN INSTRUMENT CORPORATION<br>  Mendes & Mount<br>  27 Williams Street<br>  New York, New York  10005 |
| A-11<br>A-12<br>A-13<br>A-14 | Charles Bruce Lester, Esquire<br>Lester & Riedinger<br>8 East Fifth Street<br>Newport, Kentucky  41071 | |
| B-1<br>B-2<br>B-3 | William L. Blum, Esquire<br>Dinsmore, Shohl, ~~Barrett~~, Coates<br>  & Deupree<br>~~1300 Central Trust Tower~~<br>Cincinnati, Ohio  45202<br><br>→ 2100 FOUNTAIN SQUARE PLAZA<br>511 WALNUT ST. | TRANS WORLD AIRLINES<br>  Same as A-5 above (Rendigs, Fry, etc.)<br><br>GENERAL DYNAMICS CORPORATION<br>  Same as A-5 above (Brumleve, DeCamp, etc<br>  Same as A-2 above (Junkerman)<br><br>UNITED STATES OF AMERICA<br>  Ralph M. Draper, Esquire<br>  United States Attorney<br>  722 U. S. Post Office & Courthouse Bldg.<br>  Cincinnati, Ohio  45202<br><br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-5 above (McIntosh) |
| B-4 | Leigh M. Fisher, Esquire<br>1619 Washington Boulevard<br>Belpre, Ohio | TRANS WORLD AIRLINES<br>GENERAL DYNAMICS CORPORATION<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as B-1, B-2 & B-3 above |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-5 | Edward J. Balzarini, Esquire<br>Suto, Power, Balzarini & Walsh<br>3113 Grant Building<br>Pittsburgh, Pennsylvania  15219 | TRANS WORLD AIRLINES<br>  Same as A-4 (Wayman, Irvin, etc.)<br><br>GENERAL DYNAMICS CORPORATION<br>  Same as A-4 (Thomson, Rhodes, etc.) |
| B-4a | C. R. Beirne, Esquire<br>3312 Carew Tower<br>Cincinnati, Ohio | TRANS WORLD AIRLINES<br>GENERAL DYNAMICS CORPORATION<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-5 above |
| C-2<br>C-3<br>C-4 | Same as B-5 above (Balzarini) | TRANS WORLD AIRLINES<br>  Same as A-4 (Wayman, Irvin, etc.)<br>  Same as A-10 (O'Hara)<br><br>GENERAL DYNAMICS CORPORATION<br>  Same as A-4 (Thomson, Rhodes, etc.)<br>  Same as A-2 (Junkerman) |
| C-5 | Joseph J. Bernstein, Esquire<br>Apple, Bernstein & Reisman<br>1011 Plaza Building<br>Pittsburgh, Pennsylvania | TRANS WORLD AIRLINES, INC.<br>GENERAL DYNAMICS CORPORATION<br>  Same as A-4 (Wayman, Irvin, etc.)<br>  Same as A-4 (Thomson, Rhodes, etc.)<br>  Same as A-2 (Junkerman) |
| C-6 | William G. Boyle, Esquire<br>Meyer, Unkovic & Scott<br>1424 Frick Building<br>Pittsburgh, Pennsylvania 15219 | TRANS WORLD AIRLINES<br>GENERAL DYNAMICS CORPORATION<br>  Same as A-4 (Wayman, Irvin, etc.)<br>  Same as A-4 (Thomson, Rhodes, etc.)<br>  Same as A-2 (Junkerman) |
| C-7 | Same as B-5 (Balzarini) | GENERAL DYNAMICS CORPORATION<br>  Same as A-4 (Thomson, Rhodes, etc.)<br>  Same as A-2 (Junkerman) |
| C-8 | Same as A-5 (Doran)<br><br>Walter A. Suhre, Jr., Esquire<br>American Building<br>Cincinnati, Ohio  45202 | TRANS WORLD AIRLINES<br>GENERAL DYNAMICS CORPORATION<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-5 above |
| C-10 | Same as B-5 (Balzarini)<br><br>Donald E. Casey, Esquire<br>Springer & Casey<br>111 West Washington Street<br>Chicago, Illinois  60602 | STANDARD KOLLSMAN INDUSTRIES, INC.<br>Pope, Ballard, Uriel, Kennedy,<br>  Shepard & Fowel<br>  69 West Washington, Street<br>  Chicago, Illinois  60602<br><br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-10 (Mendes & Mount) |

**ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DCOKET NO. 8 -- AIR CRASH DISASTERS AT GREATER CINCINNATI AIRPORT (CONSTANCE, KENTUCKY) ON NOV. 8, 1965 and NOV. 20, 1967

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1<br>B-2<br>B-3 | a. John W. Beatty, Esq.<br>12th Floor Central Trust Tower<br>Cincinnati, Ohio  45202 | a. Ralph Mitchell, Esq.<br>907 Central Trust Tower<br>Cincinnati, Ohio  45202<br><br>b. Richard H. Pennington, Esq.<br>308 Tri-State Building<br>Cincinnati, Ohio  45202 |
| B-4 | a. Leigh M. Fisher, Esq.<br>1619 Washington Blvd.<br>Belpre, Ohio | |
| B-5 | a. Suto, Power, Balzarini & Walsh<br>3113 Grant Building<br>Pittsburgh, Pa.  15219 | a. Wayman, Irvin, Trushel & McAuley<br>920 Frick Building<br>Pittsburgh, Pa.  15219 |
| B-4a | a. C. R. Beirne, Esq.<br>3312 Carew Tower<br>Cincinnati, Ohio | |
| | James Q. Doran, Esquire<br>Cohen, Todd, Kite & Spiegel    LC for<br>34 Atlas Bank Building         plaintiffs<br>Cincinnati, Oho 45202 | William J. Junkerman, Esq.<br>Haight, Gardner, Poor & Havens<br>80 Broad Street<br>New York, N.Y.  10004<br>Liaison Counsel for<br>General Dynamics |
| | William L. Blum, Esq.<br>Dinsmore, Shohl, Barrett,      LC for<br>Coates & Deupree             plaintiffs<br>1200 Central Trust Tower<br>Cincinnati, Ohio  45202 | George I. Cline, Esq.<br>United States Attorney    LC for<br>Lexington, Ky.            def. U.S.<br><br>(see after liaison<br>counsel listed<br>below) |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8 -- MULTIDISTRICT CIVIL ACTION LITIGATION INVOLVING THE AIR CRASH
DISASTERS AT THE GREATER CINCINNATI AIRPORT (CONSTANCEK, KENTUCKY)
ON NOVEMBER 8, 1965 AND NOVEMBER 20, 1967

| No. | Plaintiff | Defendant |
|---|---|---|
| C-1 a. | Richard DiSalle, Esquire Law and Finance Building Cannonsburg, Pennsylvania | a. ~~Edward F. Hayes, Esquire~~  *DANIEL J. O'NEILL* Chadbourne, Parke, Whiteside & Wolff 25 Broadway New York, New York  10004 |
| C-2 a. | Edward J. Balzarini, Esquire  } B-5 (a) Grant Building Pittsburgh, Pennsylvania | b. Wayman, Irvin, Trushel & McAuley Suite 900, Frick Building Pittsburgh, Pennsylvania  15219 |
| C-3 a. | Same as C-2(a) | |
| C-4 a. | Same as C-2(a) | c. Mendes & Mount 27 William Street New York, New York  10038 |
| C-5 a. | Joseph J. Bernstein, Esquire 1011 Plaza Building Pittsburgh, Pennsylvania | |
| C-6 a. | William G. Boyle, Esquire 1424 Frick Building Pittsburgh, Pennsylvania | |
| C-7 a. | Same as C-2 (a) | a. Dickie, McCamey & Chilcote 820 Grant Building Pittsburgh, Pa. 15219 |
| C-8 a. | Robert G. Stackler, Esq. Taft, Stettinius & Hollister 603 Dixie Terminatl Building Cincinnati, Ohio  45202 | |
| b. | Walter A. Suhre, Jr., Esq. American Building Cincinnati, Ohio  45202 | |
| C-9 a. | John J. Kennelly, Esq., 111 West Washington St., Chicago  60602 | a. Irving G. Swenson, Esq., Peterson, Lowery, Rall, Barber & Ross,, 135 S. LaSalle St., Chicago  60603 |
| b. | Walter R. Bender, Esq., Savings & Loan Building, Middletown  45042 | |
| C-10 a. | Suto, Power, Balzarini (C-2)a) | |
| C-11 a. | McDermott, Will & Emery, 111 West Monroe St., Chicago  60602 | |
| b. | Meyer, Unkovic & Scott, 1424 Frick Bldg., Pittsburgh 15219 | |

G-6-a

| No. | Plaintiff | Defendant |
|---|---|---|
| C-12 | Same as C-2(a) | |
| C-13 | Same as C-2(a) | |
| C-14 | Sanford A. Middleman, Esq., 1125 Frick Bldg., Pittsburgh | |
| C-15 | Same as C-14(a) | |
| C-16 | Same as C014(a) | |
| C-17 | Same as C-2(a) | |
| C-18 | a. Butler and Jefferson, 530 West 6th St., Suite 624, Los Angels 90014 | |
| C-19 | a. George A. Kasem, Esq., Kasem, Young & Baxley, 260 South Glendora Ave. West Covina, Calif  91790 | a. Brill, Hunt, Debuys & Burby, 510 South Spring St., Los Angeles  90013 |
| C-20 D-1 | a. Gordon Johnson, Esq., Thelen, Marrin, Johnson & Bridges, 811 West 7th St., Los Angeles 90017 One Elmax Sutter St, San Francisco 94104 | a. Same as C-19 |
| C-21 C-23 D-2 D-3 | a. Belli, Ashe, Ellison, Choulos, Cone & Harper, The Belli Bldg., 722 Montgomery St., San Francisco, 94111  (John F. Harper, Esq. SEYMOUR Ellison, Esq. | |
| | | KOLLSMAN Pope, Ballard, Uriel, Kennedy, Shepard, & Fowl 69 West Washington Street Chicago, Illinois  60602 |
| A-4 | a. Theodore M. Tracy, Esq. Stokes, Laurie & Tracy 2105 Law & Finance Building Pittsburgh, Pa.  15219 | GENERAL DYNAMICS William P. Butler, Esquire 135 S. LaSalle Street Chicago, Illinois |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8-B -- (CONTINUED)

PREPARED: 9/11/72  (CONTINUED)

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| C-11 | Same as C-6 (Boyle)<br><br>McDermott, Will & Emery<br>111 West Monroe Street<br>Chicago, Illinois  60602 | STANDARD KOLLSMAN INDUSTRIES, INC.<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as C-10 (Pope, Ballard, etc.)<br>                    (Mendes & Mount) |
| C-12 | Same as C-10<br>Same as B-5 | STANDARD KOLLSMAN INDUSTRIES, INC.<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as C-10 (Pop3, Ballard, etc. &<br>                    Mendes & Mount) |
| C-13 | Same as C-10 | Same as C-10 |
| C-14<br>C-15<br>C-16 | Sanford A. Middleman, Esquire<br>1125 Frick Building<br>Pittsburgh, Pennsylvania<br><br>Moltz & Wexler<br>111 West Washington St.<br>Chicago, Illinois  60602 | Same as C-10 |
| C-17 | Same as C-10 | Same as C-10 |
| C-18 | Butler & Jefferson<br>530 West Sixth St., Suite 624<br>Los Angeles, California  90014 | TRANS WORLD AIRLINES<br>  Same as A-2 (Brill, Hunt)<br>CONVAIR DIVISION GENERAL DYNAMICS<br>  Same as A-2 (O'Melveny, etc. and<br>                    Junkerman)<br>  Same as A-5 (Pennington)<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-2 (Kirtland & Packard) |
| C-19 | George A. Kasem, Esquire<br>Kasem, Young & Baxley<br>260 South Glendora Avenue<br>West Covina, California  91790 | TRANS WORLD AIRLINES<br>  Same as A-2 (Brill, Hunt, etc.) |

| No. | Plaintiff | Defendant |
|---|---|---|
| C-20 | Gordon Johnson, Esquire<br>Thelen, Marrin, Johnson & Bridges<br>One Eleven Sutter Street<br>San Francisco, California  94104 | TRANS WORLD AIRLINES<br>  Same as A-2 (Brill, Hunt, etc.)<br>GENERAL DYNAMICS CORPORATION<br>  Same as A-2 (O'Melveny, etc. & Junkerman)<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-2 (Kirtland & Packard) |
| D-1 | Same as A-2 (Ellison) | KOLLSMAN INSTRUMENT CORPORATION<br>  Steinhart, Goldberg, Feigenbaum & Ladar<br>  111 Sutter Street<br>  San Francisco, California  94104 |
| E-3<br>E-4<br>E-5 | Sanford Middleman, Esquire<br>Paul Village, Esquire<br>1120 Frick Building<br>Pittsburgh, Pennsylvania  15219 | TRANS WORLD AIRLINES<br>  Same as A-4 (Wayman, Irvin, etc.)<br>GENERAL DYNAMICS CORPORATION<br>  Same as A-2 (Junkerman)<br>  Same as A-4 (Thomson, Rhodes, etc.) |
| F-8 | H. David Hermansdorfer, Esquire<br>500 Price Building<br>Ashland, Kentucky  41101 | |
| G-1 | Philip E. Pofscher, Esquire<br>Pfocher & Disciullo<br>747 South Street<br>Roslindale, Massachusetts 02131<br><br>Choate, Hall & Stewart<br>30 State Street<br>Boston, Massachusetts  02109 | TRANS WORLD AIRLINES<br>  Robert L. Fulton, Esquire<br>  40 Count Street<br>  Boston, Massachusetts 02108<br><br>GENERAL DYNAMICS CORPORATION<br>  Same as A-5 (Pennington)<br>  Same as A-2 (Junkerman)<br><br>~~Mahoney, Weiss & Brock~~<br><br><br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-10 (Mendes & Mount) |
| G-2 | Thomas F. Finnerty, Esquire<br>11 Beacon Street<br>Boston, Massachusetts | TRANS WORLD AIRLINES<br>  Same as G-1 (Fulton)<br>GENERAL DYNAMICS CORPORATION<br>  Same as A-5 (Pennington)<br>  Same as A-2 (Junkerman)<br>KOLLSMAN INSTRUMENT CORPORATION<br>  Same as A-10 (Mendes & Mount |
| G-4 | Malcolm J. Portnoy, Esquire<br>Arnoldy, Kline & Portnoy<br>92 State Street<br>Boston, Massachusetts | Same as G-2 (all defs. & attys.) |

8

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8 -- MULTIDISTRICT CIVIL ACTION LITIGATION INVOLVING THE AIR
CRASH DISASTERS AT THE

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| E-1 | Carroll & Carroll<br>Louisville, Kentucky | |
| E-2 | John Bankemper, Jr., Esq.<br>Ebert, Moebus, Cook, Kirchhoff & Neisch<br>9 East Fourth Street<br>Newport, Kentucky  41071<br><br>Goodman, Cole & Putnam<br>Cincinnati, Ohio | O'Hara and Ruberg<br>911 First National Bank Building<br>Cincinnati, Ohio |
| E-3<br>E-4<br>E-5 | Paul Villare & Sanford Middleman<br>1120 Frick Building<br>Pittsburgh 15219 | TWA<br>Wayman, Irvin, Trushel & McAuley<br>919 Frick Building<br>Pittsburgh, Pennslvania<br><br>KOLLSMAN<br>Dicky, McCamey & Chilcote<br>820 Grant Building<br>Pittsburgh 15219<br><br>GENERAL DYNAMICS<br>Thomson, Rhodes & Grigsby<br>1524 Frick Building<br>Pittsburgh |
| E-6 | Meyer, Unkovic & Scott  c-6-a<br>1424 Frick Building<br>Pittsburgh | SAME AS E-3, E-4, AND E-5 ABOVE |
| E-7 | Bressman and Scribner<br>50 Broadway<br>New York  10004 | CONVAIR<br>William J. Junkerman<br>Haight, Gardner, Poor & Havens<br>80 Broad Street<br>New York  10004<br><br>KOLLSMAN & STANDARD KOLLSMAN INDUSTRIES<br>Mendes & Mount<br>27 Williams Street<br>New York  10005 |

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8 - AIR CRASH DISASTERS AT CONSTANCE KENTUCKY ON NOV. 8, 1965 &
NOV. 20, 1967

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| E-1<br>F-2 | John J. Kennelly, Esq.<br>111 West Washington Street<br>Chicago, Illinois | GENERAL DYNAMICS<br>William P. Butler, Esquire<br>135 S. LaSalle Street<br>Chicago, Illinois |
| F-3<br>E-4<br>F-5<br>F-6<br>F-7 | Thomas R. Benz, Esquire<br>111 West Washington Street<br>Chicago, Illinois | KOLLSMAN<br>Pope, Ballard, Urieol, Kennedy,<br>Sherphard & Folle<br>69 West Washington Street<br>Chicago, Illinois |
| E-8 | H. David Hermansdorfer, Esq.<br>500 Price Building<br>Ashland, Kentucky  41101 | |
| X-1 | John A. Bankemper, Newport, Ky.<br><br>b. Richter, Lord, Toll & Cavanaugh<br>121 S. Board Street<br>Philadelphia<br><br>c. Goldman, Cole & Putnick<br>First National Bank Building<br>Cincinnati, Ohio | JOHN J. O'HARA<br>O'Hara, Ruberg & Cetrulo<br>203 Scott Street<br>Covington, Kentucky   41011 |
| X-2 | a.  Carroll & Carroll, Louisville, Ky. | a.  J. C. Ware, Esq., Ware, Bryson,<br>Nolan & West, 507 First Nat'l<br>Bank Bldg., Covington, Ky.  41011<br><br>b.  Donald L. Stepner, Esq., 401-406<br>First Nat'l Bank Bldg.,<br>Convingon, Ky.  41011<br><br>c.  O'Hara, Ruberg & Cetrulo, Covington |

C - 11 - a

C - 11 - a

J. C. Ware &

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| G-1 | *Philip E. Foscher*<br>Pfocher & Disciullo<br>749 South Street<br>Roslindale, Massachusetts *02131* | TRANS WORLD AIRNES<br>Robert L. Fulton, Esquire<br>40 Count Street<br>Boston, Massachusetts   02108 |
| G-2 | Thomas F. Finnerty, Esquire<br>11 Beacon Street<br>Boston, Massachusetts | |
| G-3 | ~~Doranxxx~~ Michael J. Harrington, Esq.<br>50 Federal Street<br>Salem, Massachusetts | |
| G-4 | *MALCOLM J. PORTNOY*<br>Arnoldy, Kline & Portnoy<br>92 State Street<br>Boston, Massachusetts | |
| G-5 thru<br>8 | Thomas C. Carroll<br>1415 Kentucky Home Life Bldg.<br>Louisville, Ky. 40502 | |

ADDITIONAL COUNSEL IN NO. 8B AS NOTIFIED BY TRANSFEREE CLERK  (KENTUCKY, E.) 7/31/69

| | |
|---|---|
| O'Melveny & Myers<br>611 West 6th Street<br>Los Angeles   90017 | Moltz & Wexler<br>111 W. Washington Street<br>Chicago   60602 |
| Kirtland & Packard<br>639 S. Spring Street<br>Los Angeles   90014 | Ralph M. Draper, Esq.<br>United States Attorney<br>722 U. S. Post Office & Courthouse Bldg.<br>Cincinnati, Ohio   45202 |
| Woodward, Hobson & Fulton<br>1805 Kentucky Home Life Bldt.<br>Louisville, 40202 | Robert C. McIntosh, Esquire<br>3706 Carew Tower<br>Cincinnati, Ohio   45202 |
| Choate, Hall & Stewart<br>30 State Street<br>Boston, 02109 | Corish, Smith & Remler<br>123 Abercorn Street<br>Savannah, Georgia   31401 |
| Steinhart, Goldberg, Feigenbaum & Ladar<br>111 Sutter Street<br>San Francisco   94104 | |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 8-B -- (CONTINUED)

PREPARED:  9/11/72 (CONTINUED)

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| X-1 | John A. Bankemper, Esquire<br>10 West Fourth Street<br>Newport, Kentucky<br><br>Richter, Lord, Toll & Cavanaugh<br>121 S. Board Street<br>Philadelphia, Pennsylvania<br><br>Goldman, Cole & Putnick<br>First National Bank Building<br>Cincinnati, Ohio | STANDARD KOLLSMAN INSTRUMENT CORP.<br>  Donald L. Stepner, Esq.<br>  Adams Brooking & Stepner<br>  500 1st Natl. Bank Bldg., Covington Ky |
| X-2 | Thomas C. Carroll, Esquire<br>Carroll & Carroll<br>1415 Kentucky Home Life Building<br>Louisville, Kentucky  40502 | STANDARD KOLLSMAN INSTRUMENT CORPORATION<br>  Donald L. Stepner, Esquire<br>  401-406 First Nat'l Bank Building<br>  Covington, Kentucky  41011 |
| X-3 | Same as F-8 (Hermandorfer) | |
| X-4 | Came as C-5 (Bernstein) | STANDARD KOLLSMAN INDUSTRIES, INC.<br>  Same as C-10 (Pope, Ballard, etc.)<br>    & Mendes & Mount) |
| XYZ-5<br>thru<br>XYZ-8 | Same as X-2 (Carroll) | |

CONSTANCE, KENTUCKY

November 20, 1967

Type of Aircraft:  **Convair-880**
Carrier:  **TWA**
Manufacturer of Aircraft:  **Convair, a division of General Dynamics, Inc.**
Number of fatalities: _70_
Number of persons on board: _82_
**Type of Accident:  Crashed during landing approach**

| DISTRICT AND JUDGE | PLAINTIFFS | DEFENDANTS | CASE NO. | COMPLAINT FILED |
|---|---|---|---|---|
| C.D. California (J. Pregerson) | Coy, et al. | TWA | 67-1772-EC | |
| C.D. California (J. Preferson) | Kashkin | TWA; Convair (a division of General Dynamics); U.S.A. (case dismissed as to U.S.A.) | 67-1783-FW | |
| W.D. Pennsylvania (J. Miller) | Doherty, Exec. | TWA | 67-1511 | |
| S.D. Ohio - W.D. (J. Porter) | Zahneis, Extrix. | TWA | 6644 | |
| S.D. Ohio - W.D. (J. Porter) | Schiller | TWA | 6645 | |

-2-

| DISTRICT AND JUDGE | PLAINTIFFS | DEFENDANTS | CASE NO. | COMPLAINT FILED |
|---|---|---|---|---|
| C.D. California | Bauman | TWA, Convair (a division of General Dynamics) U.S.A. | 68-208-CC | |
| N.D. Illinois (J. Marowitz) | Raed, Admr. | TWA | 68 C 110 | 1/19/68 (Removal) |
| W.D. Kentucky (J. Gordon) | Klette, Admr. | TWA | 5892 | 3/13/68 |
| E.D. Kentucky (J. Swinford) | Hawthorn, Admr. of Chas. Mullen Estate | TWA | 1341 | 3/14/68 (Removal) |
| E.D. Kentucky (J. Swinford) | Hawthorn, Admr. of John Mullen, Jr., Estate | TWA | 1342 | 3/14/68 (Removal) |
| E.D. Kentucky (J. Swinford) | Hawthorn, Admr. of Clara Mac Mullen Estate | TWA | 1343 | 3/14/68 (Removal) |
| E.D. Kentucky (J. Swinford) | Hawthorn, Admr. of John Mullen, Sr., Estate | TWA | 1344 | 3/14/68 (Removal) |

- 3 -

| DISTRICT AND JUDGE | PLAINTIFFS | DEFENDANTS | CASE NO. | COMPLAINT FILED |
|---|---|---|---|---|
| S.D. Ohio - W.D. (J. Porter) | Cook, Admr. | TWA, Inc. | 6804 | July 5, 1968 |
| S.D. Ohio - W.D. (J. Porter) | Cook, Admr. | TWA, Inc. | 6805 | July 5, 1968 |
| W.D. Pa. (J. Miller) | Sandish | TWA, Inc. | 68-856 | |