FILED

OCT 21 1968

JUDICIAL PANEL FOR
MULTIDISTRICT LITIGATION
PER
PROVISIONAL CLERK

THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE MULTIDISTRICT CIVIL ACTIONS )
INVOLVING THE AIR CRASH DISASTER )
AT THE GREATER CINCINNATI AIRPORT ) DOCKET NO. 8A
(CONSTANCE, KENTUCKY) ON NOVEMBER 8, )
1965 )

OPINION AND ORDER TRANSFERRING CIVIL ACTIONS
UNDER SECTION 1407, TITLE 28, UNITED STATES CODE,
TO THE EASTERN DISTRICT OF KENTUCKY

BEFORE ALFRED P. MURRAH AND JOHN MINOR WISDOM, CIRCUIT JUDGES,
AND EDWARD WEINFELD, EDWIN A. ROBSON, WILLIAM H. BECKER, JOSEPH
S. LORD, III, AND STANLEY A. WEIGEL, DISTRICT JUDGES

ALFRED P. MURRAH, CHIEF JUDGE

   This matter came up for consideration on August 8, 1968 pursuant to the Panel's order to show cause why the actions listed on the attached Schedule A should not be consolidated and transferred to a district or districts other than those in which they are now pending. This *show cause order* was entered on the initiative of the Panel pursuant to section 1407(c)(i).

   On November 8, 1965, American Airlines Flight 383 crashed while making its final approach to the Greater Cincinnati Airport. Fifty-eight of the sixty-two persons on board were killed. There are thirteen civil actions arising from this accident presently pending in six different federal district courts.[1]

---

[1] One case, Creasy v. American Airlines, et al., was tried to jury in the Northern District of Texas. The jury found the airline alone negligent and awarded the plaintiff $175,000 in damages.

All counsel in the cases listed on Schedule A were notified of the hearing and none who appeared opposed consolidation and transfer. Counsel for certain of the passenger-plaintiffs objected to the inclusion of the "crew cases" and the actions commenced by the airlines against the United States with the "passenger cases" on the ground that the former present substantially different and more complex issues. Those actions may indeed present substantially different legal issues but many of the fact questions are common to all cases. Cf. In re Air Crash Disaster Cases - Trans World Airlines Flight 128 - ___ F.2d ___ (Judicial Panel on Multidistrict Litigation, 1968). Counsel in the passenger cases is concerned that consolidation of all cases may delay trial of the "passenger cases" but they may be separated and remanded pursuant to 28 U.S.C. §1407(a) as soon as pretrial is completed as to them.

Counsel appearing for all parties readily conceded that the United States District Court for the Eastern District of Kentucky is the most appropriate court to conduct the pretrial proceedings. The situs of the crash, many of the witnesses and much of the documentation is located within or convenient to the Eastern District of Kentucky. Chief Judge Mac Swinford is willing and able to accept the responsibility for supervising the pretrial of these cases. We are satisfied that the consolidation of all cases arising from the November 8, 1965 crash in the

Eastern District of Kentucky will be for the convenience of parties and witnesses and will best promote the just and efficient conduct of these cases.

IT IS THEREFORE ORDERED that the seven actions listed on the attached Schedule A pending in districts other than the Eastern District of Kentucky be and the same are hereby transferred on the initiative of the Panel under 28 U.S.C. §1407 to the Eastern District of Kentucky and assigned to the Honorable Mac Swinford, Chief Judge of said district, with the consent in writing of the transferee court which has been filed with the Clerk of the Panel.

SCHEDULE A

### EASTERN DISTRICT OF LOUISIANA

1. Ketchel v. Boeing Company          Civil Action No. 16608

### EASTERN DISTRICT OF PENNSYLVANIA

2. McDevitt v. American Airlines          Civil Action No. 40550

### WESTERN DISTRICT OF PENNSYLVANIA

3. Curran v. American Airlines          Civil Action No. 66-167

### SOUTHERN DISTRICT OF OHIO

4. Healy v. American Airlines          Civil Action No. 6287

5. Central Trust Company v. American Airlines          Civil Action No. 6295

### DISTRICT OF CONNECTICUT

6. Schneebeck (Administrator for Estate of William B. Morris, et al., ) v. O'Neill and Teelin (Estates of pilot and co-pilot)          Civil Action No. 11629

### EASTERN DISTRICT OF KENTUCKY

7. Ketchell v. U.S.A.          Civil Action No. 1308 (Convington)